AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

**APPEARANCE**

Stephanie Calla

v.

City of New York, et al.

Case Number: 07 CV 4781

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

City of New York

I certify that I am admitted to practice in this court.

June 25, 2007
Date

Signature

SR 4272
Print Name / Bar Number

Suzette Corinne Rivera
Address

100 Church Street, New York, NY  10007
City / State / Zip Code

(212) 788-9567        (212) 788-9776
Phone Number         Fax Number