

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

June 25, 2007

BY HAND
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007



Re: <u>Stephanie Calla v. The City of New York et al.</u>, 07 CV 4781 (SAS) (RLE)

Dear Judge Schiendlin:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department and counsel for defendant City of New York ("City") in the above referenced matter. I write to respectfully request an enlargement of time, from June 25, 2007, to July 20, 2007, within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time and is made on consent.

    The complaint alleges, *inter alia*, that plaintiff Stephanie Calla was falsely arrested, imprisoned and strip searched. Before this Office can adequately respond to the complaint, we need to conduct an investigation into plaintiff's allegations. An enlargement of time will afford us the opportunity to investigate this matter.

    In addition, upon information and belief, the records of the underlying action, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office will promptly forward to plaintiff's counsel, for execution by plaintiff, a consent and authorization for the release of sealed records so that the information can be accessed, the case can be properly assessed and a response to the complaint can be framed.

In view of the foregoing, I respectfully request that the Court extend the City's time to answer or otherwise respond to the complaint until July 20, 2007.

Thank you for your consideration in this regard.

Respectfully submitted,

*[signature]*

Suzette Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   BY FAX
      Joseph J. Sullivan, Esq.
      Attorney for Plaintiff
      350 Broadway, 10th Floor
      New York, NY  10013

      Lewis A. Polishook
      Assistant Attorney General
      120 Broadway
      New York, NY  10271

*[Handwritten note: Request granted. The City's time to respond to the Complaint is extended to and including July 20, 2007. This will not affect the scheduling of the initial pretrial conference. So Ordered. [signature] 6/25/07]*