

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

June 25, 2007

LESLIE G. LEACH
Deputy Attorney General
State Counsel Division

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

**By Fax**
Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Writer's Direct Dial
(212) 416-8372
lewis.polishook@oag.state.ny.us



Re: <u>Calla v. City of New York, No. 07 Civ. 4781 (SAS) (S.D.N.Y.)</u>

Dear Judge Scheindlin:

This Office represents defendant New York State Department of Motor Vehicles (the "DMV") in the above-referenced matter. We write to request that the Court adjourn defendant DMV's time to respond to the Complaint from June 27, 2007, until July 20, 2007, the same date to which co-defendant City of New York (the "City") has requested an adjournment. This is the DMV's first request for an adjournment. Plaintiff consents to this request.

The reason for this request is that the DMV has not yet completed its investigation of plaintiff's allegations. Moreover, the DMV respectfully submits that it makes sense for the defendants' initial responses to the Complaint in this action to proceed on the same schedule. Finally, this short adjournment will not prejudice plaintiff, who seeks only money damages in this action.

Defendant DMV therefore respectfully requests that the Court extend his time to respond to the Complaint in this action until July 20, 2007.

*[Handwritten: Request granted. DMV may have until July 20 to move or answer.]*

Respectfully submitted,

Lewis A. Polishook
Assistant Attorney General

cc: Joseph Sullivan, III, Esq.
Suzette Corinne Rivera, ACC

*[Handwritten: So Ordered: /s/ USDJ 6/25/07]*

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us

TOTAL P.02