UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
STEPHANIE CALLA,                    :
                                    :   **SCHEDULING ORDER**   7/20/07
                      Plaintiff,    :
                                    :
        v.                          :   07-Civ-4781 (SAS) (RLE)
                                    :   Conference Date: 7/20/2007
THE CITY OF NEW YORK, P.O. JANE DOE,:
                                    :
                      Defendants.   :
------------------------------------X

      WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on July 20, 2007 (the "Order"); and

      WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

      NOW THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

      July 20, 2007 at 11 a.m.

      Joseph Sullivan, Esq. for Plaintiff Stephanie Calla.

      Suzette Rivera for Defendants The City of New York and P.O. Jane Doe.

(2)    a concise statement of the issues as they then appear;

      Whether Calla's constitutional rights were violated by a strip search and the conditions under which she was held pending arraignment.

(3)    a schedule including:

    (a)    the names of persons to be deposed and a schedule of depositions;

        (i)    P.O. or C.O. Jane Doe;

        (ii)   P.O. or C.O. Jane Doe's supervisor;

        (iii)  P.O. or C.O. in charge of rules and regulations for strip searches and custody:

        (iv)  Arresting officers;

      (v)     Plaintiff;

      (vi)    Abdoulayne Niang;

      (vii)   Treating physician;

      (viii)  Expert witness regarding emotional distress and any rebuttal witness.

No deposition before October 15, 2007, no deposition after January 22, 2008.

(b)    a schedule for the production of documents: *Initial disclosures by mid-August* All requests and responses to be completed by October 15, 2007.

(c)    dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

Initial Expert Report – February 5, 2008;

Responsive Expert Report – March 5, 2008;

Expert Depositions completed by March 27, 2008.

(d) time when discovery is to be completed:

Fact discovery to be completed by January 22, 2008; Expert Discovery to be completed by March 27, 2008.

(e)    the date by which plaintiff will supply its pre-trial order matters to defendants; *to be decided*

(f)    the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial; and *to be decided*

(g)    a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d),

*January 16 at 4:30*

(4)    a statement of any limitations to be placed on discovery, including any protective or confidentiality orders:

Protective/Confidentiality Orders for medical records.

(5)     a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

(6)     anticipated fields of expert testimony, if any:

Strip search procedures and emotional or psychological damages.

(7)     anticipated length of trial and whether to court or jury trial;

Jury trial/less than one week.

(8)     a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference or when justice so requires;

(9)     names, addresses, phone numbers and signatures of counsel;

_____
Joseph Sullivan, Esq.
Sheindlin & Sullivan, LLP
350 Broadway, 10th Floor
New York, NY 10013
(646) 201-9120

_____
Suzette Rivera (for City of New York only)
Assistant Corporation Counsel
New York City Law Department
100 Church Street, Room 3-196
New York, NY 10007
(212) 788-9567

SO ORDERED:

_____
SHIRA A. SCHEINDLIN
U.S.D.J.

7/20/07

3