Joseph J. Sullivan III
SHEINDLIN & SULLIVAN, LLP
Attorneys for Plaintiff
350 Broadway, 10th Floor
New York, NY 10013
(646)201-9120
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/07

-----------------------------------------------------------x

STEPHANIE CALLA,

              Plaintiff,

           v.

THE CITY OF NEW YORK, NEW YORK STATE
DEPARTMENT OF MOTOR VEHICLES,
P.O. JANE DOE, in her individual and official capacity,

              Defendants.

-----------------------------------------------------------x

No. 07-CV-4781 (SAS) (RLE)

**STIPULATION OF DISCONTINUANCE AS AGAINST THE DMV**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff Stephanie Calla and Defendant New York State Department of Motor Vehicles (the "DMV"), that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued without prejudice. This discontinuance only applies to the DMV, and does not apply to any co-Defendants.

Dated: New York, New York
       July 19, 2007

SHEINDLIN & SULLIVAN, LLP
Attorneys for Plaintiff
By:

_/s/ Joseph Sullivan_
JOSEPH J. SULLIVAN III
350 Broadway, 10th Floor
New York, New York 10013
(646) 201-9120

SO ORDERED:
_/s/ Shira A. Scheindlin_
HON. SHIRA A. SCHEINDLIN, U.S.D.J.

7/20/07

ANDREW M. CUOMO
Attorney General of the State of New York
Attorney for Defendant New York State
Department of Motor Vehicles
By: _/s/ Lewis A. Polishook_

LEWIS A. POLISHOOK
Assistant Attorney General
120 Broadway, 24th Floor
New York, New York 10271
(212) 416-8372