

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

SUZETTE CORINNE RIVERA
*Assistant Corporation Counsel*
Phone: (212) 788-9567
Fax: (212) 788-9776
srivera@law.nyc.gov

August 13, 2007

BY ECF
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

Re: Stephanie Calla v. The City of New York et al., 07 CV 4781 (SAS) (RLE)

Dear Judge Scheindlin:

On behalf of both parties, I respectfully write to advise the Court that the above-referenced action has been settled. I will promptly forward the executed Stipulation and Order of Settlement and Discontinuance to the Court upon receipt from plaintiff's counsel.

Respectfully submitted,

Suzette Corinne Rivera (SR 4272)
Assistant Corporation Counsel
Special Federal Litigation Division

cc:    BY ECF
       Joseph J. Sullivan, Esq.
       Attorney for Plaintiff
       350 Broadway, 10th Floor
       New York, NY 10013